| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| HELEN JUNE WHITE, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-cv-271 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management pursuant to General Order 05-07. The Court has received and considered the report (Doc. No. 11) of the magistrate judge, who recommends that the court dismiss this case with prejudice pursuant to 28 U.S.C. § 1915(e)(2). The Plaintiff, Helen June White, filed timely objections (Doc. No. 13) to the report and recommendation.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a de novo determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c) (Supp. IV 2011); FED. R. CIV. P. 72(b)(2)–(3). "Parties filing objections must specifically identify those findings [to which they object]. Frivolous, conclusive or general objections need not be considered by the district court." Nettles v. Wainwright, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), overruled on other grounds by Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).

The court has undertaken a de novo review of the report and recommendation and concludes that the magistrate judge correctly found White's claims to be "frivolous" as contemplated by 28 U.S.C. § 1915(e)(2)(B)(i).

It is **ORDERED** that White's objections (Doc. No. 13) are **OVERRULED**; the magistrate judge's report and recommendation (Doc. No. 11) is **ADOPTED**; and White's claims are dismissed with prejudice. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 22nd day of December, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE